# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GONZALEZ, an individual; MINDY MIRANDA, an individual; SARYNA DE JESUS, an individual; TATIANA BERNAL, an individual; FLOR CRUZ, an individual; JULISSA PEREZ, an individual; ELISSA PADILLA, an individual; IAN LAMAR, an individual; CLAUDIA BENITEZ, an individual; BRITTNEY HUGHES, an individual; GEORGE MADDOX, an individual; VICTORIA HENKES, an individual; ALLEXANDRA TAN, an individual; DANIELLE QUAID, an individual; ELIZABETH FAABORG, an individual; VINCENT HALL, an individual; JERRICA LABIAN, an individual; LAUREN HALL, an individual; RYAN GUFFEY, an individual; KIERSTEN WONG, an individual; BRITTANI HERENA, an individual; JANET SANCHEZ, an individual; BRITTANY SOMMERS, an individual; CHEYENNE LOPEZ, an individual; TALIA CASTANEDA, an individual; NOHELY LLAMAS, an individual; RHONDA PRICKETT, an individual; DEBBIE HARRISON, an individual; each as an individual and on behalf of all others similarly situated<br><br>             Plaintiffs, | Case No. 2:22-cv-00363-AB-RAO<br><br>Honorable André Birotte Jr.<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Removed From Los Angeles County Superior Court Case No. 21STCV42843]<br><br>Complaint Filed:  November 19, 2021<br>Trial Date:          None Set |

---

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

309186507v.1

1    v.

2    ULTA SALON, COSMETICS &
     FRAGRANCE, INC., dba ULTA
3    BEAUTY a Delaware corporation, and
     DOES 1-50, inclusive,
4
                    Defendants.
5

6    //

7    //

8    //

9    //

10   //

11   //

12   //

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

309186507v.1

1

## ORDER

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the instant action and all claims asserted by Plaintiffs against Defendant are hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

DATED: April 16, 2024

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

309186507v.1